___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: August 12, 2022

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  AGNES L. HAYES                               Case No. 17-04633 JAW
                                                     Dkt No. 86

## ORDER GRANTING MOTION
## TO REOPEN AND REINSTATE CASE

This cause having come before the Court on the Debtor's Motion to Reopen and Reinstate Chapter 13 Bankruptcy Case, (Dkt. No. 86), and upon representation that all interested parties were served in accordance with all applicable rules and procedures, and no timely response having been filed:

**IT IS THERFORE ORDERED AND ADJUDGED** that the Debtor's Motion to Reopen and Reinstate case is granted and that Debtor's Chapter 13 Bankruptcy case is hereby reopened and reinstated.

**IT IS FURTHER ORDERED** that a trustee is necessary to protect the interests of creditors and the debtor and to insure efficient administration of the estate. The U.S. Trustee shall appoint a Trustee in this case.

##END OF ORDER##

Presented By:

/s/Louise Harrell_____
Louise Harrell, MSB 8466
ATTORNEY AT LAW
P.O. BOX 2977
JACKSON, MS 39207
(601) 353-0065
louiseharrell12@bellsouth.net